IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| , | ) |
| v. | ) Criminal No. 02-15Erie |
| ANDREW BARRY LACASTRO, | ) |
| Defendant | ) |

## ORDER

The Court has determined that supervision of this defendant is no longer necessary, and agrees with the probation officer that the remaining term of supervised release should be terminated. AND NOW, to-wit, this __11th__ day of October, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that the remaining term of supervised release be and hereby is terminated, and the Clerk of Court shall mark this case as "closed."

Maurice B. Cohill, Jr.
Senior United States District Judge